# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MARQUIS D. McCLOUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-588-WKW |
| ) | [WO] |
| ANTHONY C. PETERSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 17, 2018, the Magistrate Judge entered a Recommendation (Doc. # 19) to which no objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation is ADOPTED; and

2. This case is DISMISSED without prejudice for failure to prosecute and for failure to obey a court order.

No costs are taxed. A separate Final Judgment will be entered.

DONE this 11th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE